UNITEDSTATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                                    Criminal No. 15-cr-20470
                                                    Hon. Matthew F. Leitman

v.

NATHANIEL MOSS,

    Defendant.

_____/

## **ORDER TO SEAL GOVERNMENT EXHIBITS**

The government having moved to seal the government's exhibits 1-3 in the United States' Response to Defendant's Motion for Compassionate Release, and being duly advised in the premises;

**IT IS HEREBY ORDERED** that the government's exhibits 1-3 in the United States' Response to Defendant's Motion for Compassionate Release be sealed until further Order of this Court.

                                                 /s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated:  October 1, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
