UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                  Case No. 15-cr-20470
                                  Hon. Matthew F. Leitman

NATHANIEL MOSS,

    Defendant.
_____/

## ORDER TO SUPPLEMENT MOTION FOR COMPASSIONATE RELEASE (ECF No. 38)

Defendant Nathaniel Moss is federal prisoner who is currently incarcerated at FCI Elkton in Lisbon, Ohio. On June 9, 2016, Moss pleaded guilty in this Court to one count of possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1). (*See* Rule 11 Plea Agmt., ECF No. 24.) The Court subsequently sentenced Moss to 120 months imprisonment. (*See* Judgment, ECF No. 26, PageID.63.)

On August 4, 2020, Moss filed a motion in which he asks for compassionate release from custody pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mot., ECF No. 38.) The motion is a pre-printed form on which Moss hand-wrote his name. Apart from Moss' name, the motion does not contain any reference or information about Moss personally. It does not include any information about Moss' health or existing

1

medical condition(s), nor does the motion explain how Moss satisfies the factors under 18 U.S.C. § 3553(a).[1] Simply put, Moss has not given the Court any information to determine whether he is entitled to compassionate release.

Accordingly, the Court **DIRECTS** Moss to file a supplement to his motion that explains why he qualifies for compassionate release. The supplement shall include information related to Moss' medical condition(s), shall explain why Moss satisfies the Section 3553(a) factors, and shall include any other information that Moss believes that the Court should consider when reviewing his motion for compassionate release. Moss shall file this supplement with the Court by no later than **November 16, 2020**. The Government may file a response within fourteen days of Moss' filing.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 1, 2020

---

[1] The motion also does not include any information related to Moss' exhaustion of his administrative remedies. However, the Government concedes that "Moss exhausted his administrative remedies by submitting a request for compassionate release to the warden, which was denied." (Gvt. Resp. Br., ECF No. 39, PageID.107.)

2

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9761
