UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHANIEL MOSS,

    Defendant.

Case No. 15-cr-20470
Hon. Matthew F. Leitman

_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR AN
EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF (ECF No. 44)**

    Defendant Nathaniel Moss is federal prisoner who is currently incarcerated at FCI Elkton in Lisbon, Ohio. On August 4, 2020, Moss filed a motion in which he asks for compassionate release from custody pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mot., ECF No. 38.) The Court thereafter ordered Moss to supplement his motion with additional information. (*See* Order, ECF No. 43.) Moss has now asked the Court for an additional "30 to 60 days" to file his supplement. (*See* Request, ECF 44.)

    The Court has reviewed Moss' request for additional time to supplement his motion and concludes that it should be granted. Accordingly, Moss shall file his supplemental brief by no later than **January 29, 2020**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 30, 2020

1

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2020, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda  
                                          Case Manager  
                                          (810) 341-9761