UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 15-cr-20470
Hon. Matthew F. Leitman

v.

NATHANIEL MOSS,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF (ECF No. 46)**

Defendant Nathaniel Moss is federal prisoner who until recently was incarcerated at FCI Elkton in Lisbon, Ohio. Moss is now incarcerated at FCI Fort Dix in in Fort Fix, New Jersey.

On August 4, 2020, Moss filed a motion in which he asks for compassionate release from custody pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mot., ECF No. 38.) The Court thereafter ordered Moss to supplement his motion with additional information. (*See* Order, ECF No. 43.) On November 4, 2016, Moss asked the Court for an additional "30 to 60 days" to file his supplement. (*See* Request, ECF No. 46, PageID.378.) Moss explains that he needs the additional time because when he arrived at FCI Fort Dix he was placed in quarantine due to the ongoing COVID-19

pandemic, and he "will not be able get [his] property [back]" – including his "legal work" – until the end of the quarantine" period. (*Id.*, PageID.377.)

The Court has reviewed Moss' request for additional time to supplement his motion and concludes that it should be granted. Accordingly, Moss shall file his supplemental brief by no later than **February 26, 2020**.[1] He may also file his supplemental brief at any time before that date.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 17, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761

---

[1] On October 30, 2020, the Court granted Moss an extension to file his supplemental brief until January 29, 2020. (*See* Order, ECF No. 45.) It appears that when Moss filed his most recent request for an extension of time, he may not have received a copy of that order. To be clear, the extension for Moss to file his supplemental brief on or anytime before February 26, 2020, supersedes the Court's previous extension.

2