UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                     Case No. 15-cr-20470
                                     Hon. Matthew F. Leitman

NATHANIAL MOSS, JR.,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 38)

On August 4, 2020, Defendant Nathanial Moss, Jr. filed a motion for compassionate release. (*See* Mot. for Compassionate Release, ECF No. 38.) The Court therefore appointed Moss counsel (*see* Order, ECF No. 51), and counsel filed a supplemental brief on Moss' behalf. (*See* Moss Supp. Br., ECF Nos. 56.)

The Court held a video hearing on Moss' motion on March 11, 2021. (*See* Notice of Hearing, ECF No. 62.) For the reasons explained on the record during the hearing, Moss' motion is **DENIED**.

    **IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 11, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 11, 2021, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764